UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ELIO MONTENEGRO; PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* ELIO MONTENEGRO,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION; AMERICAN MEDICAL LAB; TERRILL APPLEWHITE; and FIVE APPLES INPATIENT SPECIALISTS LLC,<br><br>　　　　　　Defendants. | No. 21 C 2544<br><br>Judge Coleman<br><br>**FILED *IN CAMERA* AND UNDER SEAL** |

## ORDER

This matter coming before the court on the United States' Notice of Election to Decline Intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), and the court being fully informed, it is hereby

ORDERED that:

1. the seal be lifted on the complaint, this order, and the government's notice of election to decline intervention which the relator will serve upon the defendants;

2. all other contents of the court's file in this action remain under seal and not be made public or served upon the defendants; and

3. the parties shall serve upon the United States all pleadings and motions filed in this action, including supporting memoranda, as provided for in 31 U.S.C. § 3730(c)(3), as well as the State of Illinois. The United States and the State of Illinois may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time. Should the relator or the

defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States and the State of Illinois before ruling or granting its approval.

4. relator shall send a copy of all orders of this court to the United States and the State of Illinois; and

5. the parties shall serve all notices of appeal upon the United States and the State of Illinois.

ENTER: _____
Acting Chief Judge Sharon Johnson Coleman
United States District Court

Dated: December 1, 2022