UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
Eastern Division

United States of America, et al.

                              Plaintiff,

v.                                               Case No.: 1:21−cv−02544
                                                          Honorable Jeremy C. Daniel

Roseland Community Hospital Association, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. For the reasons stated in open court, Plaintiff's motions to compel [[109], [110]] are granted to the extent explained during today's hearing. Defendant American Medical Lab to provide supplemental discovery responses by October 25, 2024. Defendant Roseland Community Hospital Association ("Roseland") is ordered to meet and confer with Plaintiff by October 25, 2024, to discuss the ESI search protocol Roseland used for identifying, collecting, and producing ESI responsive to Plaintiff's discovery requests and to comply with today's rulings by November 8, 2024. Written discovery is now closed, except for supplementing earlier discovery responses as required pursuant to the court's in−court rulings entered today and under Rule 26(e) and serving requests to admit and subpoenas for records. If the parties wish to serve supplemental written discovery requests, they must seek leave of court by filing a motion and attaching the proposed set of supplemental requests as an exhibit to the motion. Parties must show good cause why these supplemental written discovery requests could not have been served by the earlier deadline. Parties have until March 28, 2025, to complete all fact discovery. This deadline will not be extended unless the parties can demonstrate that they have been diligent in their efforts to complete fact discovery. Parties are urged not to squander their opportunity to conduct discovery. A status hearing is scheduled for November 19, 2024, at 10:00 a.m. in courtroom 1019. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.