**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

United States of America, et al.

                                                                 Plaintiff,

v.                                                                                 Case No.: 1:21−cv−02544

                                                                                      Honorable Jeremy C. Daniel

Roseland Community Hospital Association, et al.

                                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 27, 2024:

      MINUTE entry before the Honorable Young B. Kim: The notice of motion (R. 124) is stricken. The scope of the referral (R. 85) does not include the authority for this court to rule on the motion to withdraw. Attorneys David M. Goldhaber and Thomas K. Duff are to re−notice the motion to withdraw to be presented to the presiding District Judge. However, according to his webpage, he is not hearing motions next week. (See https://www.ilnd.uscourts.gov/judge−info.aspx?1aqi 5aSU8BQ4oPeF9JmQeA==.) Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.