# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ELIO MONTENEGRO; and PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* ELIO MONTENEGRO, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION; AMERICAN MEDICAL LAB; TERRILL APPLEWHITE; and FIVE APPLES INPATIENT SPECIALISTS, LLC, <br><br>　　　　　　　Defendants. | No. 21-CV-02544 <br><br> Judge Jeremy C. Daniel |

## STIPULATION OF DISMISSAL OF DEFENDANTS TERRILL APPLEWHITE AND FIVE APPLES INPATIENT SPECIALISTS, LLC

Relator Elio Montenegro ("Relator"), on one hand, and Defendants Terrill Applewhite and Five Apples Inpatient Specialists, LLC (collectively, "Applewhite and Five Apples"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned attorneys, hereby stipulate and agree that all of Relator's claims against Applewhite and Five Apples in the above-captioned action shall be dismissed with prejudice, each party to bear its own costs, and that the federal False Claims Act and Illinois False Claims Act claims against Applewhite and Five Apples are dismissed without prejudice as to the United States and the State of Illinois, respectively.

This stipulation does not impact the ongoing claims in this case against the remaining defendants.

Dated: January 29, 2025

Respectfully Submitted,

| ELIO MONTENEGRO | TERRILL APPLEWHITE and FIVE APPLES INPATIENT SPECIALISTS, LLC |
|---|---|
| By:  /s/ Ricardo Meza | |
| One of their attorneys | By:  /s/ Judith Sherwin |
| | One of their attorneys |

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys of record herein, hereby certifies that on January 29, 2025 the foregoing **STIPULATION OF DISMISSAL OF DEFENDANTS TERRILL APPLEWHITE AND FIVE APPLES INPATIENT SPECIALISTS, LLC** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Ricardo Meza
Meza Law
55 E. Monroe Street, Suite 3250
Chicago, IL 60603
(312) 802-0336
rmeza@meza.law
**Counsel for Elio Montenegro**

John V. Smith II
Matthew A. Reddy
Alexander J. Beehler
FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC
221 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
(312) 863-5000
jsmith@fgppr.com
mreddy@fgppr.com
abeehler@fgppr.com
**Counsel for Terrill Applewhite and Five Apples Inpatient Specialists, LLC**

Judith S. Sherwin
Aronberg Goldgehn
225 West Washington Street, Suite 2800
Chicago, Illinois 60606
(312) 755-3167
jsherwin@agdglaw.com
**Counsel for Terrill Applewhite and Five Apples Inpatient Specialists, LLC**

Matt Wasserman
Michelle Rakestraw
Dinsmore & Shohl LLP
222 West Adams Street
Suite 3400
Chicago, IL 60606 (312) 837-4316
matthew.wasserman@dinsmore.com
michelle.rakestraw@dismore.com
**Counsel for American Medical Lab**

                                                  */s/ Ricardo Meza*