UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ELIO MONTENEGRO; and PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* ELIO MONTENEGRO, <br><br> Plaintiffs, <br><br> v. <br><br> ROSELAND COMMUNITY HOSPITAL ASSOCIATION; AMERICAN MEDICAL LAB; TERRILL APPLEWHITE; and FIVE APPLES INPATIENT SPECIALISTS, LLC, <br><br> Defendants. | No. 21-CV-02544 <br><br> Judge Jeremy C. Daniel |

## STIPULATION OF DISMISSAL OF DEFENDANT ROSELAND COMMUNITY HOSPITAL ASSOCIATION

Relator Elio Montenegro ("Relator"), on one hand, and Defendant Roseland Community Hospital Association ("Roseland"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned attorneys, hereby stipulate and agree that all of Relator's claims against Roseland in the above-captioned action shall be dismissed with prejudice, each party to bear its own costs, and that the federal False Claims Act and Illinois False Claims Act claims against Roseland are dismissed without prejudice as to the United States and the State of Illinois, respectively.

This stipulation does not impact the ongoing claims in this case against any remaining defendants.

Dated: April 1, 2025

Respectfully Submitted,

| **ELIO MONTENEGRO** | **ROSELAND COMMUNITY HOSPITAL ASSOCIATION** |
|---|---|
| By: */s/ Celia Meza* <br> _____ <br> One of their attorneys | By: */s/ Ronald Sandack* <br> _____ <br> One of their attorneys |

## **CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys of record herein, hereby certifies that on March _____, 2025 the foregoing **STIPULATION OF DISMISSAL OF DEFENDANTS ROSELAND COMMUNITY HOSPITAL ASSOCIATION** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Celia Meza<br>Meza Law<br>55 E. Monroe Street, Suite 3250<br>Chicago, IL 60603<br>(773) 420-9691<br>celia.meza@meza.law<br>**Counsel for Elio Montenegro** | Ronald Sandack<br>Gaido & Fintzen<br>30 N. LaSalle St., Suite 2727<br>Chicago, Illinois 60602<br>(312) 346-7855<br>rsandack@gaido-fintzen.com<br>**Counsel for Roseland Community Hospital Association** |
| | Matt Wasserman<br>Michelle Rakestraw<br>Dinsmore & Shohl LLP<br>222 West Adams Street<br>Suite 3400<br>Chicago, IL 60606(312) 837-4316<br>matthew.wasserman@dinsmore.com<br>michelle.rakestraw@dismore.com<br>**Counsel for American Medical Lab** |

                                                                                                                                     */s/ Celia Meza*