# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ELIO MONTENEGRO; and PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* ELIO MONTENEGRO, <br><br> Plaintiffs, <br><br> v. <br><br> ROSELAND COMMUNITY HOSPITAL ASSOCIATION; AMERICAN MEDICAL LAB; TERRILL APPLEWHITE; and FIVE APPLES INPATIENT SPECIALISTS, LLC, <br><br> Defendants. | No. 21-CV-02544 <br><br> Judge Jeremy C. Daniel |

## **STIPULATION OF DISMISSAL OF DEFENDANT AMERICAN MEDICAL LAB, LTD**

Relator Elio Montenegro ("Relator"), on one hand, and Defendant American Medical Lab, Ltd ("AML"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned attorneys, hereby stipulate and agree that all of Relator's claims against AML in the above-captioned action shall be dismissed with prejudice, each party to bear its own costs, and that the federal False Claims Act and Illinois False Claims Act claims against AML are dismissed without prejudice as to the United States and the State of Illinois, respectively.

Dated: April 22, 2025

Respectfully Submitted,

| **ELIO MONTENEGRO** | **AMERICAN MEDICAL LABS, LTD** |
|---|---|
| By: */s/ Celia Meza* | By: */s/ Matthew Wasserman* |
| One of their attorneys | One of their attorneys |

## **CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys of record herein, hereby certifies that on April 22, 2025, the foregoing **STIPULATION OF DISMISSAL OF DEFENDANT AMERICAN MEDICAL LAB, LTD** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Celia Meza | Matt Wasserman |
| Meza Law | Michelle Rakestraw |
| 55 E. Monroe Street, Suite 3250 | Dinsmore & Shohl LLP |
| Chicago, IL 60603 | 222 West Adams Street |
| (773) 420-9691 | Suite 3400 |
| celia.meza@meza.law | Chicago, IL 60606 (312) 837-4316 |
| **Counsel for Elio Montenegro** | matthew.wasserman@dinsmore.com |
| | michelle.rakestraw@dismore.com |
| | **Counsel for American Medical Lab** |

                       */s/ Celia Meza*